FILED'07 JUL 02 11:34USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AVA GREEN,                                    07-CV-301-HU

        Plaintiff,                          ORDER

v.

PRAXIS PARTNERS, LLC and
BLOCK 14 LIMITED PARTNERSHIP
doing business as THE SITKA
APARTMENTS, and BOWEN PROPERTY
MANAGEMENT CO.,

        Defendants.


**SEAN HARTFIELD**
Hartfield Law Offices PC
6021 N.E. Martin Luther King Jr. Boulevard
Portland, OR  97211-3156
(503) 735-9182

        Attorneys for Plaintiff


1    -    ORDER

**ROMAN HERNANDEZ**
Schwabe, Williamson & Wyatt
1211 S.W. Fifth Avenue, Suite 1900
Portland, OR 97204
(503) 222-9981

>     Attorneys for Defendants Praxis Partners, LLC
>     and Block 14 Limited Partnership

**RICHARD J. WHITTEMORE**
**DAIN PAULSON**
Bullivant Houser Bailey, PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204
(503)499-4548

>     Attorneys for Defendant Bowen Property
>     Management Co.

**BROWN, Judge.**

Magistrate Judge Dennis J. Hubel issued Findings and Recommendation (#15) on May 11, 2007, in which he recommended this Court deny Plaintiff's Motion to Remand (#9). The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

2    -    ORDER

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#9) and, accordingly, **DENIES** Plaintiff's Motion to Remand (#9).

IT IS SO ORDERED.

DATED this 2nd day of July, 2007.

_____
ANNA J. BROWN
United States District Judge

3    -    ORDER